UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS W. MILLER | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS | ) No. |
| | ) |
| GREENFIELD -CENTRAL COMMUNITY SCHOOL COR[PORATION, | ) |
| | ) **1 : 12 -cv- 0 3 8 4 WTL -MJD** |
| DEFENDANT. | ) |

### Complaint in Two Counts ADA and ADEA
### Jury Trial Demanded

1/ Plaintiff, Thomas Miller, complains of his former employer, Greenfield -Central Community School Corporation, for violations of the Americans With Disabilities Act 42 U.S.C. Sec.12101, *et seq*, and the Age Discrimination in Employment Act 29 U.S.C. 621, *et seq*.

2/ Plaintiff is a citizen and resides in the Southern District. The defendant is a public school corporation in Greenfield, Hancock County Indiana.

3/ Plaintiff has complied with the appropriate administrative requirements of the ADA and ADEA and received his "Right to Sue" notice from the EEOC on March 23, 2012.

4/ At all times relevant to this action Miller was an employee of the defendant as those terms are defined by the ADA and ADEA and by the jurisprudence interpreting the respective Acts.

5/ At the time of his termination the plaintiff was 62 years old.

6/ All relevant matters concerning this dispute occurred within the Southern District of Indiana.

### Count I ADA

7/ Miller was employed by defendant, Greenfield Central for 17 years as the Behavioral Services Director.

8/ Miller's function was to administer educational services to those students who were subject to in school suspension, expulsion, or probation return to school as dictated by the courts.

9/ In the six years preceding his termination, Miller was diagnosed with a medical condition commonly referred to as Parkinson's disease. Miller's condition was such that he required a support walker to move about on his feet. His disability was open and obvious for the defendant to observe and this disability was known to the defendant.

10/ At all times relevant and material to this action, his work performance met the defendant's legitimate performance expectations, without any form of accommodation. Miller did not and does not request any accommodation.

11/ On or about June 8, 2011 defendant notified plaintiff of his termination. The asserted reason job for his termination, job elimination, was pretextual. He was terminated because of his disability, record of disability and/or perceived disability. His functions and duties were not eliminated.

12/ The conduct of the defendant was a willful violation of the Americans With Disability Act.

Wherefore, plaintiff, Thomas Miller, prays for reinstatement and judgment against the defendant and for all appropriate damages as allowed by statute and jury verdict, as well as reasonable attorney fees awarded by the Court

## Count II ADEA

13/ Plaintiff incorporates the previously numbered paragraphs of this Complaint.

14/ Plaintiff was 62 and meeting the defendant's legitimate employment and performance expectations at the time of his termination.

15/ Plaintiff was terminated because of his age and he was replaced by a substantially younger employee that was more than 10 years younger than the plaintiff.

16/ Defendant's termination of the plaintiff was a willful violation the the ADEA.

Wherefore, plaintiff, Thomas Miller, prays for reinstatement and judgment against the defendant and for all appropriate damages as allowed by statute and jury verdict, as well as reasonable attorney fees awarded by the Court

Plaintiff respectfully requests a trial by jury for all issues deemed appropriate for a determination by the jury.

Respectfully submitted,

/s/Raymond J. Hafsten, Jr.

Raymond J. Hafsten, Jr
Attorney for Plaintiff's
841 North Park Avenue
Indianapolis, IN 46202
317-698-5629
hafsten@sbcglobal.net