UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THOMAS W. MILLER, | ) | |
| | ) | Approved on 1/10/2013. |
| Plaintiff, | ) | s/William T. Lawrence, Judge |
| | ) | |
| v. | ) | Case No. 1:12-CV-0384 WTL-MJD |
| | ) | |
| GREENFIELD-CENTRAL COMMUNITY | ) | |
| SCHOOL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Thomas W. Miller and Defendant Greenfield-Central Community School Corporation, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own costs.

Respectfully submitted,

MEILS THOMPSON DIETZ & BERISH

By: /s/ John W. Mervilde
Rick D. Meils (#9130-49)
John W. Mervilde (#21738-49)
Attorneys for Defendant,
Greenfield-Central Community School Corp.

RAYMOND J. HAFSTEN, JR.

By: /s/Raymond J. Hafsten, Jr.
Raymond J. Haftsen, Jr. (#7359-49)
Attorneys for Plaintiff